No. 04–973. RODRIGUEZ-FREYTAS v. NEW YORK CITY TRANSIT AUTHORITY; and

No. 04–1137. NEW YORK CITY TRANSIT AUTHORITY v. RODRIGUEZ-FREYTAS. C. A. 2d Cir. Certiorari denied. ■

No. 04–1103. SCARBOROUGH, INDIVIDUALLY AND ON BEHALF OF DECEDENT SCARBOROUGH, ET AL. v. CLEMCO INDUSTRIES, INC., AKA CLEMCO-CLEMINTINA LTD., ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–1108. FRAZIER v. FRAZIER ET AL. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 04–1110. GREGORY v. SOUTH CAROLINA DEPARTMENT OF TRANSPORTATION ET AL. C. A. 4th Cir. Certiorari denied. ■

No. 04–1112. AIR CONDITIONING TRADES ASSOCIATION UNILATERAL APPRENTICESHIP COMMITTEE ET AL. v. CALIFORNIA APPRENTICESHIP COUNCIL ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 04–1120. DAVIS ET UX. v. BRAZOS COUNTY, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–1121. THORNBURY NOBLE, LTD. v. THORNBURY TOWNSHIP, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–1123. MORGAN ET AL. v. UNITED PARCEL SERVICE OF AMERICA, INC., ET AL. C. A. 8th Cir. Certiorari denied. ■

No. 04–1124. O'BANER v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 04–1126. MCDOUGALL ET AL. v. C. C. MID WEST, INC. Sup. Ct. Mich. Certiorari denied.

No. 04–1143. BANNER RESTORATIONS, INC. v. BRICKLAYERS LOCAL 21 OF ILLINOIS APPRENTICESHIP AND TRAINING PROGRAM